IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY J. SHADLE, | : |
| Plaintiff, | : |
| v. | :    3:13-CV-02169 |
| | :    (Judge Mariani) |
| NEXSTAR BROADCASTING GROUP, INC., | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 21ST DAY OF JULY 2014**, upon consideration of Defendant's Motion to Dismiss (Doc. 5) and all accompanying briefs, **IT IS HEREBY ORDERED THAT** Defendant's Motion to Dismiss (Doc. 5) is **GRANTED** as to Count I (negligence) and **DENIED** as to Count II (defamation) and Count III (false-light invasion of privacy). Count I is **DISMISSED WITH PREJUDICE**.

Robert D. Mariani
United States District Judge